# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG 31 PM 4: 37
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:08CR00072-1 |
| Donald Levert Heggs | ) | |
| | ) | USM No: 13858-021 |
| Date of Original Judgment: August 13, 2009 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Kenneth M. Nimmons |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    August 13, 2009    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/31/2015

_____
*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

J. Randal Hall
United States District Judge
*Printed name and title*