IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:08CR00072-1 |
| | ) | |
| Donald Levert Heggs | ) | |

### ORDER

On August 13, 2009, Donald Levert Heggs appeared before the Court for sentencing, after pleading guilty, to the offenses of Count 1s: Felon in possession of a firearm and ammunition; Count 2s: Possession with intent to distribute marihuana; and Count 3s: Use of a minor to avoid detection and apprehension for a drug offense, and was sentenced to 125 months imprisonment (this term consisted of 120 months confinement as to Count 1s, 60 months as to Count 2s, to be served concurrently, and 5 months as to Count 3s, to be served consecutively), followed by 4 years supervised release (this term consisted of 3 years as to Counts 1s and 2s and 4 years as to Count 3s, all to be served concurrently). Heggs was also ordered to pay a $300 special assessment.

On December 14, 2021, the probation officer submitted a petition to show cause why Heggs' term of supervised release should be revoked. The petition alleged that Heggs tested positive for drug usage on four separate occasions (December 1, 2020; December 18, 2020; January 26, 2021; and November 19, 2021); violated his curfew on one occasion (June 3, 2021); left the district without permission (June 15, 2021); and associating with persons engaged in criminal activity (June 15, 2021). On January 25, 2022, the probation officer filed an addendum alleging that Heggs tested positive for drug usage on January 14, 2022.

On February 22, 2022, a final revocation hearing was held to address the violations outlined above. Heggs, through his attorney, stipulated to all of the violations outlined in the petition and addendum. The Court found sufficient evidence that Heggs was guilty of the violations outlined

in the petition and addendum. However, the Court decided not to make a ruling on Heggs' case at that time and ordered the revocation hearing be held in recess until August 22, 2022.

On April 21, 2022, the probation officer filed a second addendum alleging that Heggs submitted a positive drug screen for marihuana on April 4, 2022.

The Court reconvened the revocation hearing on May 23, 2022, to address the additional violation. Although Heggs accepted responsibility for what he ingested, he reported to the Court that unbeknownst to him, he ingested cannabidiol (CBD) while at a cousin's wedding causing him to test positive for marihuana. After additional consideration, the Court recessed the conclusion of the final revocation hearing until August 22, 2022. In essence, the Court delayed the final resolution of this matter until it is determined if Heggs is going to remain drug free and otherwise be successful on supervision.

All conditions of supervision previously imposed by this Court on August 13, 2009, and April 18, 2019, shall remain in full force and effect. It is further ordered that any violation of the conditions of supervised release will result in immediate revocation of Heggs' term of supervised release.

**SO ORDERED** this 25th day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA